FILED
CLERK, U.S. DISTRICT COURT

SEP 1 3 2013

CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> Charles Brown, <br><br> Defendant. | CASE NO. CR 08-1167-PSG-13 <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  (✓)  the appearance of defendant as required; and/or

(B)  (✓)  the safety of any person or the community.

//
//

The court concludes:

A. [✓] Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

- instant allegations
- prior criminal record
- substance abuse

(B) [✓] Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

- unknown background information
- unknown sureties
- probation status
- unknown employment history
- unknown residence

IT IS ORDERED that defendant be detained.

DATED: 9-13-2013

HONORABLE JAY C. GANDHI
UNITED STATES MAGISTRATE JUDGE

2